UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DARYL CALHOUN<br>    Plaintiff, | : | CASE NO. 1:12CV813 |
| | : | JUDGE SPIEGEL |
| v. | : | |
| CITY OF MIDDLETOWN, et al.<br>    Defendants. | : | **NOTICE OF DEPOSITION OF<br>OFFICER TONY PECK** |

Now comes, Plaintiff, Daryl Calhoun, by and through counsel, and gives notice of the deposition of Officer Tony Peck, on Thursday, November 14th, 2013 beginning at 10:00 a.m. at the office of Surdyk, Dowd & Turner Co., L.P.A., One Prestige Place, Suite 700, Miamisburg, Ohio 45342. Said deposition will continue from day to day until complete.

Respectfully submitted,

s/Michael F. Arnold
Konrad Kircher, Bar Number: 0059249
Michael F. Arnold, Bar Number: 0076777
KIRCHER, ARNOLD, & DAME, LLC
4824 Socialville-Foster Road
Suite 110
Mason, Ohio 45040
(513) 229-7996
(513) 229-7995 Facsimile
kkircher@kircherlawoffice.com
marnold@kircherlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 11th, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

                                              s/Michael F. Arnold
                                            Michael F. Arnold, Bar Number:  0076777