**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| DARYL CALHOUN, | : | CASE NO.: 1:12-cv-00813 |
| Plaintiff, | : | JUDGE S. ARTHUR SPIEGEL |
| vs. | : | |
| CITY OF MIDDLETOWN, *et al.*, | : | **STIPULATION OF DISMISSAL, WITH PREJUDICE** |
| Defendants. | : | |

Now comes Plaintiff Daryl Calhoun, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), does hereby stipulate to the dismissal of all claims in the above-captioned matter against Defendants City of Middletown, the Middletown Police Department, as well as David VanArsdale, Officer Kenneth Mynhier, Officer Kristi Hughes, Officer Tim Meehan, and Officer Tony Peck, in their individual and official capacities.  This Stipulation shall act to dismiss all claims of Plaintiff against said Defendants, **with prejudice**.

Respectfully submitted,

SURDYK, DOWD & TURNER CO., L.P.A.

/s/ David B. Shaver (per email authorization)
Jeffrey C. Turner (0063154)
Joshua R. Schierloh (0078325)
David B. Shaver (0085101)
1 Prestige Place, Suite 700
Miamisburg, Ohio   45342
(937) 222-2333
(937) 222-1970 (fax)
jturner@sdtlawyers.com
jschierloh@sdtlawyers.com
dshaver@sdtlawyers.com
*Trial Attorneys for Defendants*


KIRCHER, ARNOLD & DAME, LLC

/s/ Michael F. Arnold
Konrad Kircher (0059249)
Michael F. Arnold (0076777)
4824 Socialville-Foster Road
Mason, Ohio 45040
(513) 229-7996
(513) 229-7995 (fax)
*Trial Attorneys for Plaintiff*

2